Sarah Grossman-Swenson, SBN 11979
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Phone: (702) 386-5107
Facsimile: (702) 386-9848
Email: sgs@msh.law

*Attorneys for Defendant Culinary Workers Union Local 226*

Anthony L. Hall, SBN 5977
Jacee Harding, SBN 15709
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, Nevada 89511
Phone: (775)-785-0088
Email: AHall@SHJNevada.com;
   JHarding@SHJNevada.com

*Attorneys for Plaintiff Water Street Gaming LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WATER STREET GAMING LLC, d/b/a Rainbow Club.<br><br>       Plaintiff,<br><br>   v.<br><br>CULINARY WORKERS UNION LOCAL 226,<br><br>       Defendant. | Case No. 2:24-cv-00297<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO AMENDED PETITION AND/OR MOTION TO VACATE** |

   Plaintiff Water Street Gaming LLC d/b/a Rainbow Club ("Rainbow Club") and Defendant Culinary Workers Union Local 226 ("Local 226"), by and through their respective attorneys of

1

record herein, and without waiving any rights, claims, or defenses they have in this action hereby stipulate and agree that Plaintiff's deadline to reply to Defendant's Opposition to Plaintiff's Amended Complaint and/or Motion to Vacate, which is currently set for May 20, 2024, be extended for a period of two (2) weeks, until Monday, June 3, 2024.

This Stipulation was prepared by counsel for Plaintiff with the consent of Defendant and is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

| MCCRACKEN, STEMERMAN & HOLSBERRY, LLP | SIMONS HALL JOHNSTON PC |
|---|---|
| By: /s/ Sarah Grossman-Swenson | By: /s/ Jacee Harding |
| Sarah Grossman-Swenson, SBN 11979<br>sgs@msh.law<br>1630 South Commerce Street<br>Suite A-1<br>Las Vegas, Nevada 89102 | Anthony L. Hall, SBN 5977<br>AHall@SHJNevada.com<br>Jacee Harding, SBN 15709<br>JHarding@SHJNevada.com<br>690 Sierra Rose Dr.<br>Reno, Nevada 89511 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated: May 28, 2024

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I hereby certify that on the  17th  day of May 2024, I served a true and correct copy of the foregoing document:

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO AMENDED PETITION AND/OR MOTION TO VACATE**

Via electronic filing and electronic mail, addressed as follows:

Sarah Grossman-Swenson, SBN 11979
sgs@msh.law
1630 South Commerce Street
Suite A-1
Las Vegas, Nevada 89102

*Attorneys for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Terri Tribble
Terri Tribble